1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT
9               CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| TYLER KESKEY, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | No. CV 11-03183 SVW (JCx)<br><br>**<u>CLASS ACTION</u>**<br><br>**ORDER GRANTING JOINT STIPULATION FOR PROTECTIVE ORDER** |

Pursuant to the parties' Joint Stipulation for Protective Order, and good cause appearing therefor,

IT IS ORDERED that the parties' Joint Stipulation for Protective Order be and hereby is GRANTED and their Stipulation ADOPTED as the order of the Court.

Dated: August 12, 2011.                    _____/s/_____

                                           Jacqueline Chooljian
                                           United States Magistrate Judge