1  GENE WILLIAMS (Cal. State Bar No. 211390)
2  DAVID M. MEDBY (Cal. State Bar No. 227401)
   SANG PARK (Cal. State Bar No. 232956)
3  INITIATIVE LEGAL GROUP APC
   1800 Century Park East, Second Floor
4  Los Angeles, California 90067
   Telephone: (310) 556-5637
5  Facsimile:  (310) 861-9051
   GWilliams@InitiativeLegal.com
6  DMedby@InitiativeLegal.com
7  SPark@InitiativeLegal.com

8  Attorneys for Plaintiff Tyler Keskey

9  JEFFREY D. WOHL (Cal. State Bar No. 96838)
10 RISHI N. SHARMA (Cal. State Bar No. 239034)
   ELIZABETH J. MACGREGOR (Cal. State Bar No. 267326)
11 PAUL HASTINGS LLP
   55 Second Street, 24th Floor
12 San Francisco, California  94105
   Telephone: (415) 856-7000
13 Facsimile:  (415) 856-7100
14 jeffwohl@paulhastings.com
   rishisharma@paulhastings.com
15 elizabethmacgregor@paulhastings.com

16 Attorneys for Defendant Target Corporation

17              UNITED STATES DISTRICT COURT
18              CENTRAL DISTRICT OF CALIFORNIA
19

| | |
|---|---|
| 20 TYLER KESKEY, individually, and on behalf of other members of the general public similarly situated,<br><br>22  Plaintiff,<br><br>23  vs.<br><br>24 TARGET CORPORATION, a Minnesota Corporation; and DOES 1 through 10, inclusive,<br><br>  Defendants. | No. CV 11-03183 SVW (JCx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL** |

28

LEGAL_US_W # 69049390.1

STIPULATION OF DISMISSAL
U.S.D.C., C.D. Cal. No. CV 11-03183 SVW (JCX)

FILED
CLERK U.S. DISTRICT COURT
OCT - 5 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

```
 1    On the stipulation of the parties, and good cause appearing therefor,
 2    IT IS ORDERED:
 3    1.   The claims asserted on behalf of plaintiff Tyler Keskey be and hereby are
 4  DISMISSED WITH PREJUDICE, EACH SIDE TO BEAR ITS OWN COSTS AND
 5  ATTORNEYS' FEES.
 6    2.   The claims asserted on behalf of the class proposed by plaintiff be and
 7  hereby are DISMISSED WITHOUT PREJUDICE, EACH SIDE TO BEAR ITS OWN
 8  COSTS AND ATTORNEYS' FEES.
 9    Dated: October 5, 2011.
```

*[signature]*

Stephen V. Wilson
United States District Judge